U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAY 20 2008
LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

**UNITED STATES OF AMERICA,**

                        **Plaintiff,**

v.

**$4,806.00 in U.S. Currency,**

                        **Defendant.**

*******************************************

Civil No. 1:07-CV-935
(GLS/RFT)

## CIVIL JUDGMENT

[X] Decision by the court. This action came to trial or hearing before the court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** pursuant to the Stipulation Settlement Agreement and Order of Forfeiture, signed by the Parties, the sum of $2,403.00 in U.S. Currency is forfeited to the United States of America, and it is further

**ORDERED AND ADJUDGED,** that the United States Marshals Service for the Northern District of New York will be directed to dispose of the $2,403.00 in United States Currency in accordance with law, and it is further

**ORDERED AND ADJUDGED,** that the sum of $2,403.00 in United States currency shall be returned to the claimant, Christopher Lewis, and it is further

**ORDERED AND ADJUDGED,** that each side bear its own costs and it is further,

All of the above pursuant to the Stipulation Settlement Agreement and Order of Forfeiture dated May 15, 2008 by United States Magistrate Judge, Randolph F. Treece.

5/20/08
Date

LAWRENCE K. BAERMAN
Clerk

(By) Deputy Clerk